BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE INEZ GONZALEZ-LOZA,<br><br>Defendants. | CASE NO. 1:13-CR-00435 AWI-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING;  ORDER<br><br>DATE: March 31, 2014<br>TIME: 10:00 AM<br>COURT: Hon. Anthony W. Ishii |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference date currently set for March 24, 2014, be vacated and that this matter be set for Change of Plea hearing on March 31, 2014, at 10:00 a.m. before the Honorable Anthony W. Ishii.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation, plea negotiation and continuity of counsel pursuant to 18 U.S.C. §3161(h)(7)(A) and (B).

Dated:  March 20, 2014                                                            BENJAMIN B. WAGNER
                                                                                                  United States Attorney

                                                                                          By:  /s/ MIA A. GIACOMAZZI
                                                                                                  MIA A. GIACOMAZZI
                                                                                                  Assistant United States Attorney

1  Dated:  March 20 , 2014                    /s/ Nicholas  F. Ryes
2                                              NICHOLAS F. RYES
                                              Attorney for Defendant
3                                              JOSE INEZ GONZALEZ-LOZA

4
                                    ORDER
5
IT IS SO ORDERED that the Status Conference date of March 24, 2014, be vacated and the Change of
6
Plea hearing is set for March 31, 2014, at 10:00 a.m. before the Honorable Anthony W. Ishii.
7

8  IT IS SO ORDERED.

9  Dated:   March 21, 2014                   _____
10                                            SENIOR  DISTRICT  JUDGE